# Exhibit 1

# Massachusetts Official
# Absentee Ballot Application
## How to use this form



William Francis Galvin
Secretary of the Commonwealth



**Box 1.** Check all the boxes that apply to you. If the absentee ballot is to be used for a primary, circle the applicable party. Remember, in order to participate in a primary, you must be registered as a member of that party or as an unenrolled (independent) voter. Contact your town clerk, city clerk or election commission if you are unsure of your party designation.

**Box 2.** Print your name: last name, first name, middle name or initial.

**Box 3.** Print the address where you are registered to vote: number and street name or rural route number and box number (do not provide a post office box number), apartment number, city or town and full zip code.

**Box 4.** Check the appropriate box indicating your preference for obtaining your absentee ballot. Instead of having the ballot mailed to you, you have the option of voting at your city or town hall at a time arranged with the clerk or election commission. However, you must still submit a timely application. If you have entered a health care facility anytime after twelve o'clock noon of the 5th day before the relevant primary or election, contact the city or town clerk about the proper procedure to be followed. If the voter is applying for absentee ballots for all elections this year, be sure to notify the town clerk, city clerk or election commission of a change of mailing address.

**Box 5.** Print your date of birth: month, day and year.

**Box 6.** It is optional to provide your telephone number. If included and you do not check "unlisted" it will be a public record. Your telephone number may be used to contact you should a question arise concerning your application.

**Box 7.** It is optional to provide your e-mail address. If included, it will be a public record. Your e-mail may be used to contact you should a question arise concerning your application.

**Box 8.** Print today's date.

**Box 9.** Sign your name.

**Box 10.** If the applicant is unable to complete and sign this application because of blindness, physical disability, the inability to read or the inability to read English, any person designated by the voter may do so.

### This application is for use by:

- A registered voter who will be unable to vote at the polls on election day due to:
    (1) absence from your city or town during normal polling hours; or
    (2) physical disability preventing you from going to the polling place; or
    (3) religious belief;

OR

- A non-registered voter who is:
    (1) a Massachusetts citizen absent from the state; or
    (2) an active member of the armed forces or merchant marines, their spouse or dependent; or
    (3) a person confined in a correctional facility or a jail, except if by reason of felony conviction.

### Mailing instructions:

This application must be received by noon on the day before the election. This form may be mailed or hand-delivered to your city or town hall. If mailed, fold the form, tape it closed, place a first class stamp on it, print your city or town name and zip code for that city or town hall and drop into any mailbox.

**Warning: Illegal absentee voting, including making a false application, is punishable by a fine of up to $10,000 and up to five years in prison.**

---

**1** This absentee ballot application is being made for:
☐ a primary *(circle party)*  Democratic  Republican  Green-Rainbow  Working Families  ☐ a preliminary election  ☐ an election _____  date of election _____  ☒ all elections this year

**2** Full name: Miss Ms. Mrs. Mr. _____  Jr. Sr. II III IV *(circle one if appropriate)*

**3** Your legal voting residence: ____ Porter St ____ Everett ____  street and number, apt. number / city or town / ward/precinct (if known)
Check if applicable: ☐ I am living outside the United States and the above address is my last residence in the U.S.

**4** Complete and check *only one* of the following:
☒ Mail ballot to me at this address: Above   street & number / p.o. box, if any / city or town / state or country / zip code
☐ I will call the town clerk or city clerk or election commission and vote there at a time arranged with the clerk or election commission.
☐ I have been admitted to the _____, a hospital or other health care facility after twelve o'clock noon of the 5th day before the primary/election and I request that my absentee ballot be delivered to me by an election official or: _____  *name of a person designated by voter*

**5** Date of birth: month day year

**6** Telephone (optional): ☐ Check if unlisted

**7** E-mail address (optional):

**8** Today's date: month 8 day 18 year 10

**9** Signed: _____

**10** Only to be completed by any person assisting applicant. Complete and sign the following:
I assisted in completing this application since the applicant was unable to do so because of: _____ *reason*

_____ signature of assisting person (signed under penalty of perjury)   _____ printed name of assisting person

_____ street and number   _____ city or town   _____ zip code