Chief Magistrate
Judge LEO SOROKIN
U.S. FEDERAL COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MA.


Dear Judge SOROKIN

Respectfully, I would like to submit to you a few thoughts

before the sentencing of Stat Smith:

About 20 years ago, Smith crashed his van into a Chelsea Police cruiser leaving two officers seriously injured. Instead of helping the officers, one laying in the street and the other trapped in the cruiser, he fled the scene and later turned himself in. That was 3 days later. In Malden District Court ,he was only charged with running a red light. The police officers never received one penny from Smith, who owned substantial property and a fence company. I guess leaving the scene of the crime and a possible DUI were forgiven by the court.

Just recently Smith was cited by Revere officials including the Fire Dept. for converting   2 six family houses into 24 apartments without having permits and fire safety equipment in the buildings.A tenant complained, and thusly Smith was caught.

So, the bottom line seems to be that Smith will escape again with his "sweet" plea agreement. It's a disgrace.He's a disgrace. He brags he's a millionaire to anyone who will listen.

I urge you to give Smith the maximum under the minimum mandatory. If otherwise, The system of justice belongs to the chosen few.

                                        Thank you,
                                        Adisgusted Everett voter