OFFICE OF THE U.S. ATTORNEY
CARMEN ORTIZ
! COURTHOUSE WAY
BOSTON, MA. 02210


Dear U.S. ATTORNEY:

Is State Smith's resignation actually a resignation??

Smith         in his letter to the state legislature

Smith states: the he DECLINES to accept the office of

which he was elected on November 6, 2012.

Where's the key word resignation.??

How arrogant.

If Smith altered two elections - what kind of an example

are you getting if he's allowed to run again in  5 years

and is charged with misdemeanors instead of felonies which

would eliminate his pension and forbid him from running again.

Respectfully, this is what he deserves NOT a slap on the

wrist for destroying two elections.

I ask you to reconsider the plea agreement. Smith has done a lot

of damage to a lot of people with  his arrogance towards the

candidates and voters .

   c/ Judge   SOROKIN                         Respectfully,

                                        A disgusted observer

PS: This letter is sincere but not signed for fear of retribution,

# Was Mr. Smith elected to the State House?

Many questions remain over former state Representative Stephen "Stat" Smith's guilty plea to voter fraud charges in federal court.

***Did Smith manipulate absentee ballots when he ran for state Representative in the 2006 primaries, as he has admitted to doing in the 2008 and 2010 primary elections?***

A quick comparison of the votes suggests that Smith may have been using what Boston Division FBI's Special Agent Richard DesLauriers has called "a voter fraud scheme designed to strip Massachusetts voters of their right to a fair election" recently uncovered by the Boston office as early as the 2004 primary.

In the 2006 primary election, Smith ran for state representative against Frank Nuzzo. Smith finally won his long-desired office of state Representative by a narrow margin of 134 votes. Again an usually high number of 651 absentee votes were included in the count in that election, ***twelve per cent of the total votes for that office***. Was Smith making sure he defeated Nuzzo with those 651 absentee ballots?

| CANDIDATES | # VOTES WON | TOTAL VOTES FOR S. REP. | COUNTED AB. BALLOTS |
|---|---|---|---|
| **09/14/2004 Election**<br>E. Connolly - 2,736<br>S. Smith - 2,669 | won by 67 votes | 5,405 votes | 600+ Absentee ballots or 11% |
| **09/19/2006 Election**<br>S. Smith - 2,875<br>F. Nuzzo - 2,741 | won by 134 votes | 5,616 votes | 651 Absentee ballots or 12% |
| **09/16/2008 Election**<br>S. Smith - 2,948<br>W. Matewsky - 2,491 | won by 457 votes | 5,439 votes | 600+ Absentee ballots or 11% |
| **09/14/2010 Election**<br>S. Smith - 2,355<br>J. Hanlon - 1,961 | won by 394 votes | 4,316 votes | **778 Absentee ballots or 18%** |

The stakes were higher for Smith in the 2008 primary election involving the office of state Representative. Smith as an incumbent campaigned against challenger Wayne Matewsky, during which Smith threatened Matewsky so harshly in front of voters that Matewsky sought and was granted a stay-away order against Smith by the Clerk Magistrate of Malden District Court.

This time Smith won the election by a higher margin of 457 votes. Again, an unusually high number of more than 600 absentee ballots were included in that count or again ***more than eleven per cent of the total votes*** for that office.

*Smith has pled guilty to voter fraud involving the use of absentee ballots in that election.*

In the 2010 primary involving the office of state representative, Smith as an incumbent ran against former Mayor John Hanlon. Smith won the election by 394 votes. This time 778 absentee ballots were included in the count, or a ***whopping eighteen per cent of the total votes*** for that office.

Smith has pled guilty to voter fraud involving the use of absentee ballots in that election as well.

Smith has lived the good life off the salaries and benefits he has collected as an elected official. While Smith was being paid a salary as Everett's state representative, he was also being paid as an elected member of Everett's Board of Aldermen, Common Council and School Committee. Everett taxpayers paid Smith for years a particularly sore point if Smith used his voter fraud scheme to get elected to those offices during those years.

Which brings up the next question: ***does Smith owe restitution to the taxpayers of Everett for his double salaries for those years he now has admitted to using voter fraud to win at least two of those elections? As a result, can Everett taxpayers get Smith's pension funds as restitution?***

Mr. Smith went to the State House, all right. But in doing so he not only betrayed the trust of Everett voters, he took the voters of Everett for their hard-earned taxpayer dollars.

# Voter wants full investigation

*The following is a letter sent to Mass. Secretary of State William Galvin by a resident of Everett who wishes to have it published in the Everett Advocate.*

Dear Secretary Galvin,

In light of the voter fraud scandal engulfing the city of Everett, I urge you to immediately request a full investigation of all allegations against former State Representative Stephen "Stat" Smith, naming any and all accomplices he had in the major voter fraud that was perpetrated against the voters of his district. It is literally impossible to act alone with the magnitude of voter fraud that was committed.

Stat Smith should not be able to "take the hit" for all parties involved and enter a plea agreement so that others involved in this fraud are not revealed. I feel that is an injustice and would be a crime against residents of his district, yet again.

We are the taxpayers and the voters. We deserve political accountability and need to do everything in our power to stop the corruption. The Commonwealth needs to impose harsher sentences for corrupt politicians in Massachusetts as a deterrent to such actions.

Stat Smith is looking at six months and will be unable to run for public office for five years. He should be banned from running for public office in Massachusetts for life. The proposed sentence is ridiculous. I do not understand why he is not being held responsible and charged separately for every illegitimate absentee ballot submitted.

This matter needs to be resolved in its entirety before the city of Everett can hold another municipal election. Something is broken at Everett City Hall too.

I also urge you to ensure that any false voter registrations submitted by Stat Smith do not remain on city rolls.

I feel that you should immediately investigate whether any employee/elected officials involved in this scandal are still working for the City of Everett and have them prosecuted to the fullest extent of the law.

Even more disturbing is the possibility that the fraud discovered involves submitting ballots for deceased individuals, which is utterly disgusting. In particular George Keverian (former Speaker of the House) who passed away March 6, 2009, long before the 2009 and 2010 elections.

In closing, I urge you to reconsider your position on some type of Absentee Ballot Reform that will make it tougher to perpetrate this type of fraud in any community of the Commonwealth with stiffer penalties attached. The fact that this crime is only classified as a misdemeanor is an insult to every voter in the Commonwealth.

Some suggestions may be to appoint a task force to investigate what, if any, damage has been done by these allegedly fraudulent registration activities, and the potentially criminal practices.

If legally possible, ensure that any individual who assisted or coordinated with Stephen "Stat" Smith's efforts is temporarily barred by the state from holding elected office pending the outcome of a full investigation into the potentially criminal voter registration efforts undertaken.

It is also known that Stephen "Stat" Smith has some type of "master list" of fraudulent/deceased voters. If true, this master list needs to be destroyed.

I look forward to hearing from you and hearing your intentions on how to repair the potentially devastating damage to the integrity of our election system.

Sincerely,
Stefanie Hanlon

Case 1:12-cr-10389-LTS   Document 18-3   Filed 04/09/13   Page 6 of 6