# Memo

From:
**JIM MITCHELL**

To: Judge Sorokin:

For a lawyer to submit a motion for a Variance of the Smith sentencing using a newspaper as the fall-guy for his criminal behavior is beyond comprehension.

My family is outraged that you would even consider a Variance for Smith whose criminal behavior has nothing to do with newspaper articles. Please see through this ploy and give him what he deserves for hurting so many honest candidates who opposed him in recent years.

Very truly yours,

*[signature]*

April 5, 2013

**THE ADVOCATE NEWSPAPERS, INC.**
568 BROADWAY
EVERETT, MA 02149