# THE ADVOCATE NEWSPAPERS

568 Broadway
Everett, MA 02149
(617) 387-2200



April 4, 2013

Hon. Justice Leo Sorokin
John Joseph Moakley U.S. Federal Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Hon. Judge Sorokin,

I am writing today with respect to the sentencing of former State Rep. Stephen Smith (U.S.A. v. Stephen Smith) and his attorney's recent "Defendant's Omnibus Motion for Variance" with regards to the defendant's minimum mandatory sentencing on Tuesday, April 9, 2013.

In the "Motion of Variance," Mr. Smith tries to portray himself as a victim, when he should shoulder the responsibility for his criminal behavior, he doesn't. But, he does blame my newspaper for pushing him to his absentee ballot scheme with blatant disregard for his opponents and the funds they spent in their opposition. Only a coward, a greedy coward, would blame everyone but himself for his criminal behavior.

My name is James David Mitchell and I am the president and publisher of the Advocate Newspapers, Inc. and namely, *The Everett Advocate Newspaper*, which according to the "Defendant's Omnibus Motion for Variance"; is determined to be the factor in which Smith recklessly broke the law and is now facing sentencing following his guilty plea in January in your court room.

According to Smith's attorney, the defendant (see page 6 of the motion) had "developed political adversaries within the city of Everett who were determined to tarnish Smith's reputation and make it difficult for him to seek higher office" – naming my newspaper, *The Everett Advocate* in a libel lawsuit in Suffolk Superior Court where it was settled for $36,000 in June 2011.

In reality, it was settled by the insurance company at what my attorney deemed a "bargain" despite my company holding a $2 million dollar libel policy.

In the motion, Smith's attorney states that "the damage was already done to his reputation and psyche" believing that the allegations stated in my commentaries for which he sued, would affect his upcoming election bid. That is hardly the truth.

My newspaper, specifically my "Sounds of Everett" column which I ran every week for over 20 years and for which Smith sued for libel, were my opinions and observations of Smith and his "dealings" as a politician, business owner, hostel owner and landlord in the cities of Everett and Revere.

As examples, please allow me to address the political issue – or how he was allegedly "affected" by my columns which are protected under the First Amendment when I first began publishing in Everett 20 years ago.

Not only had Mr. Smith run and won office to the Board of Aldermen, two terms from 1994-1995, and 2006-2007, two terms; he also held office on the City Council, one term in 2004-2005; and the School Committee, three terms from 2008-2011; all the while being elected to his first term as State Representative in the 28th Middlesex District in 2006, a position he held until 2013 when he was forced to resign on January 1, 2013.

With respect to his attorney stating *The Everett Advocate* "damaged his reputation and psyche" with regards to his re-election bids, I find his attorney's claims ludicrous at best. Smith, once again, pushes his responsibility of being a dishonest politician on someone else's shoulders.

**THE ADVOCATE NEWSPAPERS**
568 Broadway
Everett, MA 02149
(617) 387-2200



With respect to Mr. Smith's reputation as a caring businessman, charitable and trustworthy, nothing could be further from the truth.

I never questioned myself once when I wrote that Smith was greedy, selfless, who's reputation is that of an angry politician who lashed out at those who would align against him when it came to his political views.

Did Mr. Smith care when he turned two three-family homes in Revere to 12 combined apartments, all without smoke detectors, proper permitting or concern for the residents?

Did Mr. Smith care about the two Chelsea police officers Rico Tyre and Fred Darcy, who he left for dead in 1998 following a hit-and-run, leaving the two lying on the Revere Beach Parkway in Everett/Chelsea line. One of the officers was reportedly "dead" as Mr. Smith left the scene on foot and hid for three days before turning himself into the police and placing his holdings in his wife's name. He also left his female passenger, not his wife, in the vehicle to take the blame for his actions. He was charged with "running a traffic light" in Malden District Court despite the pleas for justice by Chelsea police.

In 1993, his fence business in Revere was shut down by the Industrial Accident Board for cheating his employees and depriving them of Workmen's Compensation benefits – a criminal violation of the law.

This is just the "tip of the iceberg" with respect to Mr. Smith's reputation and character.

As a family man, his daughters were used as "proxies" to hold his grip in Everett's political scene when his daughter, Stephanie Smith was elected to three terms, 2004-2009; and his second daughter, Carlie Smith to one term as a city councillor in 2010-2011, all while Mr. Smith held office as a state rep and school committeeman.

If the *Everett Advocate* was such a deterrent to Mr. Smith's political reputation, then how could someone hold such a political dynasty?

Mr. Smith, through his lawyers, is once again playing a game where any excuse must be used to evade punishment for his actions. He's throwing the blame on *The Everett Advocate* for his criminal behavior which his typical of Mr. Smith.

His absentee ballot schemes have been well-known for years throughout the city; all beginning when he ran a second time for state representative in 2006.

And yet, as recently as 2012, Mr. Smith, as a member of the Election Laws Committee at the State House, garnered 18% or 778 absentee ballots in his most recent re-election bid; and 600+ absentee ballots or 11% in 2008 election.

Since I started publishing the *Everett Advocate* 20 years ago, I have dedicated my free newspapers to the communities I publish, including Saugus, Malden, and Revere, supported solely on advertising. I write, take pictures, graphic design, and pay the bills, working seven days a week.

My father was mayor in 1984-1985; and served 16 years as an alderman for the people of Chelsea as well as advertising newspaper sales. My family, two brothers and a sister, along with my mother, know all too well the "slings and arrows" of local politics. I have always afforded everyone, politician or private person alike, the "open door" to speak to me about their concerns.

My front door to my childhood home is a block away from the Everett-Chelsea line; I decided to publish in Everett because of my roots my former parish/school, Our Lady of Grace and then graduating from Chelsea High School in 1979; but my heart and my commitment to the community have always remained in Everett as a Distinguished Past President of the Everett Kiwanis, Board of Director on the Everett Chamber of Commerce, to serving as a director for the Salvation Army.

I know Mr. Smith. Yet despite his real reputation as a youth, a businessman and landlord; I have always remained cordial, providing the benefit of doubt. It wasn't until 2004 when a retired Chelsea police officer arrived at my office and pleaded with me to expose the "real" Mr. Smith to the city.

Sadly, I failed to expose Mr. Smith at that time but instead, let the voters decide. As a journalist, I failed the residents who needed to know the real Mr. Smith.

As a concerned businessman, Smith opened the Backpacker's Pub as a second youth hostel/hotel in Everett. But this time, as a state representative, he demanded from the city a liquor license. Despite the pleas from residents, the license was granted in his wife's name. Yet at the same time, Backpacker's Pub was being used as a shelter for battered women and children.

In closing, your Honor, I ask that you look at the real Mr. Smith as I and so many residents of Everett have, and allow the maximum penalty for his crime. Mr. Smith knew full well what he was doing was criminal; before resigning; Mr. Smith was serving on the House Committee for election laws. Using the *Everett Advocate Newspaper* as an excuse to commit crimes against the voters; to besmirch the election process causing undue harm to the city's reputation for years to come must be punishable to the law's fullest extent. Please consider the candidates who were robbed of an honest vote.

The citizens of Everett deserve justice. Please do not let the real Mr. Smith walk away from his responsibility and criminal behavior with a variance of his sentencing.

Thank you.

Sincerely,

James David Mitchell
President & Publisher
The Advocate Newspapers, Inc.