April 5, 2013

Dear Judge Sorokin:

Is that the best Stat Smith's lawyer can do in his defense? Blame a newspaper (The Everett Advocate) for his criminal behavior! How absurd.

This is typical of Smith's character to not take responsibility for his illegal actions by passing the blame on to someone else. For example, take a look at his background of events. He always wiggled his way out. Wow, such character! Maybe, you should have Smith analyzed before he's sentenced.

In defense of The Everett Advocate and Smith's excuses — his lawsuit was frivilous, to say the least. The Advocate insurer wanted to settle the suit — so, they paid the bill. If the complaint went to summary judgment — it would have ended there. Everything we wrote was TRUE and could have been proven. Smith knew it was all TRUE.

So, relative to the motion for a "VARIANCE" please deny it. He deserves the mandatory sentence and whatever jail time goes with it. Otherwise, it's unconscienable.

Very Truly Yours,

(1 of 2)

Stat Smith has a nice family — but, <u>They are NOT The issue</u> — because The other honest candidates have nice families, too!

Two of his family members were councillors. Did They get Their seats legally? Did Smith make sure?

The motion for a variance is The issue. Smith is not The choir boy he's made out to be. He hurt a lot of people with his dishonest shenanigans.

<u>I</u>s he worthy, That's The issue, of a variance. Absolutely, NOT. Smith deserves The maximum!

Very Truly yours,

[signature]