Note: I hope you will take the time to read this letter and review the sheets enclosed.
Thank you.

April 4, 2013

Dear Judge Sorokin:

For Stat Smith's attorney to praise him, or characterize him as a charitable and caring person, both in and out of politics, his request for a variance of the guideline sentence is totally false and totally exaggerated.

The Everett Advocate has been publishing weekly for 21 years. The Advocate publishes four weekly newspapers in Everett, Malden, Revere, and Saugus. It has a solid reputation of accurate reporting and a slew of loyal advertisers who support the 4 free weekly newspapers.

For Smith to blame The Advocate for his criminal behavior is scurrilous and obscene. See enclosed.

To write in his request for a variance that his lawsuit against The Advocate was settled — The Advocate insurer ($2,000,000) in the newspaper's insurance policy for libel protection — our insurer wanted to settle and get rid of the lawsuit. The insurer pressured The Advocate to settle at Smith's Lawyer's request to pay his legal fees. The insurer waived our $4,000 deductible for settling the claim.

(more)

At the time, Smith was serving as a State Rep. and a member of the School Committee. Both elected positions.

Obviously, in the request for a <u>variance</u>, Smith claims the Everett Advocate caused him to ensure that he would be re-elected, so he resorted to criminal behavior. Hogwash!

Not once in the issue of Smith serving in two elected positions — collecting two salaries did the Advocate newspaper lie or try to mislead the readers with our articles and opinions. As a school committeeman he was continually trying to oust the Supt. of Schools. Smith even ran his own slate of S.C. candidates. They all lost except Smith.

While Smith was a Rep. he served on the House Elections Committee. He knew he was breaking the law, but he was arrogant towards the law.

Just a short time back, Smith was fined and was taken to court by the Revere Fire Inspector for converting ~~a~~ two 3 family houses into 6 family houses without a variance or special permit from City of Revere. (see enclosed). He also violated the law by not having a fire alarm system in each building and no Carbon Monoxide detectors. Everyone living in the building was at risk. Obviously, Smith was just happy filling his pockets with illegal rent money. (More)

(2)

No one has ever spoke about Smith giving to organizations such as scholarships, sponsors for youth activities. Smith has a reputation for being a, taker not a giver, in the community. His two hostels in Everett are filled with foreign students who pay through the nose to use his facilities.

Smith frequents a few of the pubs in the city. He is known for his drinking. He tells people he's a millionaire - but, he made his money off the backs of the tenants who lived in his illegal Revere apartment buildings and his hostels.

So, Judge Sorokin, for Smith to request a <u>VARIANCE</u> from the sentencing guidelines with his the "devil made me do it" is an affront to the the fact that he won elections with fraudulent absentee ballots. While other criminals are sitting in jail with sentencing by the guidelines.

How anyone can vary from the guidelines after reading his pathetic motion is way beyond "justice for all."

The variance should be denied. He ruined elections and candidates with his criminal behavior. He is not a good guy but a <u>greedy guy</u>. Why should he get a variance!

③

Sincerely & Respectfully,

[signature]

PS: I hope that his lawyer, being a former federal prosecutor does nothing to influence your sentencing

# The Commonwealth of Massachusetts

## The House of Representatives



Be it hereby known to all that:
The Massachusetts House of Representatives
offers its sincerest congratulations to:

### Everett Advocate

in recognition of

### Everett's Favorite Friday Publication

The entire membership extends its very best wishes
and expresses the hope for future good fortune
and continued success in all endeavors.

Given this ____4th__ day of _____May, 2007_____
at the State House, Boston, Massachusetts

by: _____*Salvatore F. DiMasi*_____

**Salvatore F. DiMasi**
Speaker of the House

Offered by: _____*[signature]*_____

State Representative
*Stephen Stat Smith*

Xerox copy of a
Proclamation given
to The Advocate
by Stat Smith



# Shriners Hospitals for Children and Aleppo Shrine Children's Transportation Fund

Acknowledges with appreciation,

*Advocate Newspapers*

for your dedication and commitment to help raise the needed funds to pay the costs of transportation for the children and their parents to the Shriners Burns Hospital in Boston and the Shriners Orthopedic Hospital in Springfield. We further extend our appreciation for your dedication to the philanthropic values and purposes of this, The "WORLDS GREATEST PHILANTHROPY"

Dated this 29th Day of January, 2013.

Attest:

*[signature]*
POTENTATE

*[signature]*
ALEPPO SHRINERS CHILDREN'S TRANSPORTATION FUND

*[signature]*
RECORDER

Presented to Advocate by Shriners





"E" CLUB OF EVERETT

DISTINGUISHED SPORTS

JOURNALISM AWARD

PRESENTED TO

JAMES D. MITCHELL

EDITOR

---

NOVEMBER 17, 2011




# Certificate of Appreciation

Presented to

## James D. Mitchell

In recognition of your leadership
as Past President of the Everett Kiwanis Club
and your dedicated service to the community

May 17, 2008



*Kiwanis President*

*Division 14 Lieutenant Governor*

# The American Legion



## Certificate of Appreciation

This certificate of appreciation is gratefully presented to

*James P. Mitchell*
*The President & Publisher - The Advocate Newspaper*

In recognition and sincere appreciation of outstanding service and assistance which contributed to the advancement of The American Legion programs and activities dedicated to God and Country.

*Presented this 8th day of June, 2000 at the 82nd Annual State Convention*

Department of *Massachusetts*

*Thomas K. Shoemaker*
COMMANDER

ATTEST:

*Dominick Genetti*
ADJUTANT

*Peter E. Pappas*
PUBLIC RELATIONS CHAIRMAN

*Everett, Massachusetts*
*His Honor The Mayor*
*And the entire City Government*

# Citation

Be it hereby known to all that His Honor
**Mayor Carlo DeMaria, Jr.**
Hereby offers his most sincere congratulations to:

## James David Mitchell

In recognition of this happy and auspicious
occasion of being a recipient of the

## E Club
## Journalism Award

Mayor DeMaria sends his very best wishes on this
memorable occasion and expresses his hope for
continued good fortune.

Given this 17th day of November, 2011



*Carlo DeMaria*
Mayor Carlo DeMaria, Jr.