

# M E M O R A N D U M

Date: January 10, 2012
From: ▮▮▮▮▮▮▮▮
To: US Attorney Eugenia Carris
Subject: Voter Fraud in Everett, Ma – Stephen "Stat" Smith

Dear Attorney Eugenia Carris,

Please see my attached memos that I have sent to Secretary of State William Galvin's office.

This is a crucial matter that you are prosecuting tomorrow, that needs immediate attention and can not just fall by the wayside.

As we in Everett go to cast our votes, we take pride in remembering one thing: We are able to do this because of the bravery and sacrifice of the thousands of men and women who have fought to protect us, our freedom and our civil liberties. There are literally millions (if not billions) of people on Earth who can only dream about what we often take for granted. Our civil liberties has been violated and we have disregarded the lives of those brave men and women that fought for our civil liberties.

I URGE you not to accept a plea bargain and all the names of people involved need to be made public. Stat Smith's opponent in 2010 not only was cheated out of $37,000.00, he was cheated out of a fair election and every voter of his district was also defrauded against.

It makes me literally ill that we can potentially be voting for these same creeps involved if Stephen "Stat" Smith" is able to enter a plea bargain.

Thank you for your attention in this matter.

▮▮▮▮▮▮▮▮

January 2, 2013

Dear Secretary Galvin,

In light of the voter fraud scandal engulfing the City of Everett, I urge you to immediately request a full investigation of all allegations against former State Representative Stephen "Stat" Smith, naming any and all accomplices he had in the major voter fraud that was perpetrated against the voters of his district. It is literally impossible to act alone with the magnitude of voter fraud that was committed.

Stat Smith should not be able to "take the hit" for all parties involved and enter a plea agreement so that others involved in this fraud are not revealed. I feel that is an injustice and would be a crime against the residents of his district, yet again.

We are the taxpayers and the voters. We deserve political accountability and need to do everything in our power to stop the corruption. The Commonwealth needs to impose harsher sentences for corrupt politicians in Massachusetts as a deterrent to such actions.

Stat Smith is looking at 6 months and not able to run for public office for 5 years. He should be banned from running for public office in Massachusetts for life. The proposed sentence is ridiculous. I do not understand why he is not being held responsible and charged separately for every illegitimate absentee ballot submitted.

This matter needs to be resolved in its entirety before the City of Everett can hold another election. Something is broken at Everett City Hall too.

I also urge you to ensure that any false voter registrations submitted by Stat Smith do not remain on city rolls.

I feel that you should immediately investigate whether any employees/elected officials involved in this scandal are still working for the City of Everett and have them prosecuted to the fullest extent of the law.

Even more disturbing is the possibility that the fraud discovered involves submitting ballots for deceased individuals, which is utterly disgusting. In particular, George Keverian (former speaker of the house) who passed away March 6, 2009, long before the 2009 and 2010 elections.

In closing, I urge you to reconsider your position on some type of Absentee Ballot Reform that will make it tougher to perpetrate this type of fraud in any community of the Commonwealth with stiffer penalties attached. The fact that this crime is only classified as a misdemeanor is an insult to every voter in the Commonwealth.

Some suggestions may be to appoint a task force to investigate what, if any, damage has been done by these allegedly fraudulent registration activities, and the potentially criminal practices.

If legally possible, ensure that any individual who assisted or coordinated with Stephen "Stat" Smith's efforts is temporarily barred by the State from holding elected office pending the outcome of a full investigation into the potentially criminal voter registration efforts undertaken.

It is also known that Stephen "Stat" Smith has some type of "master list" of fraudulent/deceased voters. This master list needs to be destroyed.

I look forward to hearing from you and hearing your intentions on how to repair the potentially devastating damage to the integrity of our election system.

Sincerely,

