UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO.: 1:12-cr-10389-LTS1 |
| STEPHEN W. SMITH | ) ) ) | |

### EMERGENCY MOTION FOR A NEW SELF-SURRENDER DATE

Now COMES the Defendant Stephen Smith, through counsel, and respectfully moves this honorable court for a new self-surrender date. In support of this request counsel states that Mr. Smith never received a reporting date from the US Bureau of Prisons and a new reporting date is required to initiate the process.

WHEREFORE this honorable court is respectfully urged to issue a new surrender date.

Respectfully Submitted,

/s/ Peter Charles Horstmann
Peter Charles Horstmann, Esquire
BBO # 556377
Partridge, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

CERTIFICATE OF SERVICE

      I, Peter Charles Horstmann, Esquire, hereby certify that on this 12th day of July, 2013, a copy of the foregoing EMERGENCY MOTION FOR A NEW SELF-SURRENDER DATE was filed through the ECF system and was therefore served on AUSA Eugenia M. Carris, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

                              /s/ Peter Charles Horstmann